# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KENNETH GEORGE LESENE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-401

[August 17, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Steven J. Levin, Judge; L.T. Case No. 562022CF003001A.

Kenneth George Lesene, Bonifay, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***